**No. 54525.**—Alfred H. Marzolf *v.* United States, protest 151596–K (Seattle).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54526.**—Keljikian & Hatounian & Co., Inc., et al. *v.* United States, protests 156082–K (B), etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54527.**—Winton Watch Co., Inc. *v.* United States, protest 156299–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.